# EXHIBIT A

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| JULIO PAULINO,<br><br>    Plaintiff,<br><br> v.<br><br>WALMART STORES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3AN-14-07191 CI |

### NOTICE OF REMOVAL FROM STATE COURT
### TO UNITED STATES DISTRICT COURT

TO:  Clerk of Court
    Alaska Court System
    Third Judicial District at Anchorage

AND TO: Robert J. Jurasek
    Pentlarge Law Group
    1400 West Benson Blvd, Suite 550
    Anchorage, AK 99503

Please take notice that pursuant to the provisions of 28 U.S.C. § 1446(d) the Notice of Removal, a copy of which is attached hereto as Exhibit A (without Exhibits), effecting the removal for all purposes of the above-captioned action, Case No. 3AN-14-07191 CI, to the United States District Court for the District of Alaska from the Superior Court for the State of Alaska, Third Judicial District at Anchorage, was filed by the defendant Walmart Stores, Inc. on July 1, 2014, with the Clerk of the United States District Court for the District of Alaska.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this ____ day of June, 2014, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant
Walmart Stores, Inc.

By: _____
Kenneth M. Gutsch,
Alaska Bar No. 8811186

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail this ____ day of _____, 2014 on:

Robert J. Jurasek
Pentlarge Law Group
1400 West Benson Blvd, Suite 550
Anchorage, AK 99503

_____
RICHMOND & QUINN
I:\2245\060\PLD\NOTICE OF REMOVAL - STATE COURT.docx

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

NOTICE OF REMOVAL
PAULINO v. WALMART STORES, INC., Case No. 3AN-14-07191 CI
Page 2

Case 3:14-cv-00128-TMB   Document 1-1   Filed 07/02/14   Page 3 of 3