# EXHIBIT B

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

JULIO PAULINO, )
                            )
        Plaintiff, )
                            )
vs.                         )
                            )
WAL-MART STORES, INC, )   Case No.: 3AN-14-07191 CI
                            )
        Defendant. )
_____)

**COMPLAINT**

COMES NOW the plaintiff, Julio Paulino by and through his attorneys, PENTLARGE LAW GROUP, and for his Complaint against the defendant, states and alleges as follows:

1. That Plaintiff is a resident of the State of Alaska and was at all times pertinent hereto.

2. That upon information and belief, defendant is a duly licensed corporation doing business within the State of Alaska, Third Judicial District.

3. On or about August 5, 2012, while shopping at the defendant's store located at 8900 Old Seward Highway, Anchorage, Alaska, plaintiff was walking toward the freezer section of the store when he slipped on a puddle of water causing him to fall and injure his right leg and knee.

4. Defendant had a duty to properly maintain aisles inside their store and to keep said aisles free of hazardous obstructions. Defendant breached that duty by failing to properly maintain and/or remove the water from the aisle.

Superior Court Complaint
Julio Paulino v. Wal-Mart Stores, Inc; Case No.: 3AN-14-07191 CI
Page 1 of 2

5. Defendant had a duty to warn patrons of their store of unsafe conditions and/or hazardous obstructions which could reasonably cause injury. The defendant breached that duty by failing to warn plaintiff of the puddle of water that was allowed to remain on the floor.

6. Defendant's failure to properly maintain the aisle within their store and failure to warn of dangerous conditions and/or hazardous obstructions constitutes negligence on the part of the defendant.

7. As a result of defendant's negligence, plaintiff has suffered damages including, but not limited to, medical expense, pain and suffering, loss of income, loss of enjoyment of life and other damages in an amount in excess of $100,000.00, to be proven at trial.

WHEREFORE, having stated his Complaint, plaintiff prays for judgment against the defendant as follows:

1. Compensatory damages, in excess of 100,000.00, the exact amount of which to be proven at trial;

2. For pre-judgment and post-judgment interest at the maximum rate allowable by law;

3. For plaintiff's costs and attorneys' fees incurred in pursuing this action; and

4. For such other and further relief as the court may deem just and equitable.

DATED at Anchorage, Alaska, this 23 day of May, 2014.

PENTLARGE LAW GROUP
Attorneys for Plaintiff

_____
Robert J. Jurasek
ABA #9111071

Superior Court Complaint
Julio Paulino v. Wal-Mart Stores, Inc; Case No.: 3AN-14-07191 CI
Page 2 of 2